## NEGRO ISAAC v. GEORGE FERGUSON.

Court of Common Pleas. Kent. November, 1794.

*Wilson's Red Book, 51.*

50

PER CURIAM. We discharge the Negro agreeably to the Act of Assembly [1 Del.Laws 380].